MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7000

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:11-CR-158 JSW (JCS) |
|      Plaintiff, ) | |
| ) | STIPULATION AND ~~PROPOSED~~ ORDER |
|      v. ) | FOR TRAVEL |
| ) | |
| BRENDAN McGRATH, ) | |
| aka Benny McGrath, ) | |
| ) | |
|      Defendant. ) | |

     Plaintiff, United States of America, and Defendant, Brendan McGrath, aka Benny McGrath, hereby stipulate, subject to the Court's approval, as follows:

    1. That Brendan McGrath be permitted to travel to Waterford County Ireland to visit his ill father, subject to the following conditions, for a period not to exceed three weeks:

       a. That Brendan McGrath provide $150,000 in cash or cash equivalent to be held by the Clerk of the Court's office during the pendency of the trip.

       b. That Brendan McGrath provide an itinerary to the Office of the United States Attorney and to Pretrial Services prior to departing. The itinerary must include an address where

Brendan McGrath is staying along with a telephone number(s) to contact him during the pendency of his stay.

  c. Written medical documentation that Brendan McGrath's father is seriously ill.

  d. That Pretrial Services return Brendan McGrath's passport to him on April 24, 2012, and that Brendan McGrath return to Pretrial Services his passport on the next business day following his return to the United States.

SO STIPULATED:

            MELINDA HAAG
            United States Attorney

Dated: 4/24/12       /s/ Cynthia Stier
            CYNTHIA L. STIER
            Assistant United States Attorney

Dated: 4/24/12       /s/ Cynthia Stier
            MARK STUART GOLDROSEN
            Attorney for Defendant, Brendan McGrath

**ORDER**

SO ORDERED this  24th  day of April, 2012.

            _____
            JOSEPH C. SPERO
            United States Magistrate