1  MELINDA HAAG  (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
   Tax Division
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7000
       Fax: (415) 436-7009
7
   Attorneys for the United States of America
8
            IN THE UNITED STATES DISTRICT COURT FOR THE
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11
                     SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )   Case No. 11-0158-JSW
                                       )
14          Plaintiff,                 )    AMENDED
                                       )   STIPULATION AND [~~PROPOSED~~]
15                                     )   ORDER
            v.                         )
16                                     )
                                       )
17  BRENDAN McGRATH,                   )
    aka Benny McGrath,                 )
18                                     )
            Defendant.                 )
19  _____

20      The United States of America and Defendant, Brendan McGrath, hereby stipulate and

21  agree, subject to the Court's approval, as follows:

22      1.  Pursuant to stipulation by the parties, on April 24, 2012, Magistrate Spero ordered

23  that Defendant Brendan McGrath provide $150,000 in cash or cash equivalent to be held by the

24  Clerk of the Court's office during the pendency of his trip to Ireland.

25      2.  The United States of America and Defendant Brendan McGrath hereby request

26  that Magistrate Spero order the Clerk of Court for Northern District of California to deposit the

27  the $150,000 from Defendant Brendan McGrath into the registry of the Court where it shall

28  //

1  remain pending further order by the Court.

2

3  SO STIPULATED:

4                                         MELINDA HAAG
                                         United States Attorney

5

6                                          /s/ Cynthia Stier
                                         CYNTHIA L. STIER
                                         Assistant United States Attorney

7

8                                         /s/ Mark Goldrosen

9                                         MARK STUART GOLDROSEN
                                         Attorney for Defendant, Brendan McGrath

10

11

12                                        **ORDER**

13  SO ORDERED this _ 10th _ day of May, 2012.

14

15

16  HONOR_____ER____
    United St_____

17

18

19

20

21

22

23

24

25

26

27

28

US v. Brendan McGrath,
Stip. and [proposed] Order,
Case No. 11-0158-JSW                    2